**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7001**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT DION SAVOY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CR-90-398-A, CA-94-1179-AM)

---

Submitted:  November 19, 1998      Decided:  December 21, 1998

---

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Dion Savoy, Appellant Pro Se.  Mark Joseph Hulkower, Herbert W. Mondros, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Richard Joseph Pietrofeso, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Dion Savoy appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Savoy, Nos. CR-90-398-A; CA-94-1179-AM (E.D. Va. Aug. 5, 1996). See Lindh v. Murphy, 521 U.S. 320 (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED